# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED BASHAH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LORI SCIALABBA, *et al.*,<br><br>　　　　　Defendants. | **Case No. 1:17-cv-00122-DAD-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 12) |

On May 15, 2017, the Plaintiffs filed a notice dismissing this action without prejudice against all Defendants. (ECF No. 12.) In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　Dated: **May 16, 2017**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1